APPEAL No. 617. HELEN BECKER, *Executrix v.* HAROLD E. BEAUDOIN, *Town Treasurer.* Motion of Thomas C. Murphy, Administrator of the Estate of Michael P. Murphy, as amicus curiae, for leave to file petition to reargue denied. *Robert R.*

*Afflick,* for plaintiff. *Edward Bromage, Jr., Henry M. Swan, Conrad M. Cutliffe,* on behalf of Thomas C. Murphy as Administrator of the Estate of Michael P. Murphy, as Amicus Curiae; *Ralph C. DeLuca,* Town Solicitor for Town of Bristol, in behalf of Town.